STATE v. CLARENCE JONES AND IDA HAITHCOCK.

(Filed 5 June, 1947.)

APPEAL by defendants from *Grady, Emergency Judge,* at September Criminal Term, 1946, of DURHAM.

Criminal prosecution upon bill of indictment charging defendants with unlawful possession of intoxicating liquors for the purpose of sale.

Verdict: As to each defendant guilty as charged in the bill of indictment.

Judgment: Pronounced.

Defendants appeal to Supreme Court and assign error.

*Attorney-General McMullan and Assistant Attorney-General Moody for the State.*
*W. T. Hatch and J. M. Templeton for defendants, appellants.*

BRIGHT *v.* BRIGHT.

PER CURIAM. Due consideration has been given to all assignments of error presented by appellants on this appeal, and cause for disturbing the judgment below is not made to appear.

Hence, we find

No error.